# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTAMARIE CASTELLI-VELEZ and DANIEL CASTELLI-VELEZ, | : | Civil No. 3:20-CV-00976 |
| Plaintiffs, | : | |
| v. | : | |
| KATHRYN MORONEY and PARTH PATEL, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of March, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:** Defendants' motions to dismiss, strike, and for a more definite statement, Docs. 10, 14, are **DENIED**.

                                             s/Jennifer P. Wilson
                                             JENNIFER P. WILSON
                                             United States District Court Judge
                                             Middle District of Pennsylvania